THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Gary Cohen, Appellant.
 
 
 

Appeal From Georgetown County
James R. Barber, III, Circuit Court Judge
Unpublished Opinion No. 2009-UP-390
Submitted May 1, 2009  Filed July 8, 2009 
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Gary
 Cohen appeals from his Alford plea
 for assault and battery of a high and aggravated nature.  On appeal, Cohen
 argues he did not knowingly and intelligently waive his constitutional rights.  After a thorough review of
 the record and counsel's brief, pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.